# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 143 - ALL | **DATE** | 2/20/2008 |
| **CASE TITLE** | USA vs. Jaime Anguiano & Julio Montes De Oca | | |

**DOCKET ENTRY TEXT**

Spanish interpreter sworn. Initial appearance proceedings held. Defendants appear in response to arrest on 02/20/08. Defendants informed of their rights. Enter order appointing Sergio Rodriguez of the Federal Defender Program/Panel as counsel for defendant Julio Montes De Oca. Enter order appointing Sergio Rodriguez of the Federal Defender Program/Panel as counsel for defendant Jaime Anguiano for initial appearance only. Governments oral motion for pretrial detention is granted. Detention hearing as to both defendants is set for 02/25/08 at 2:00 p.m. Defendants shall remain in custody pending further order of court.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | LXS |
|---|---|---|