Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 143 - 1 | **DATE** | 2/25/2008 |
| **CASE TITLE** | USA vs. Jaime Anguiano | | |

**DOCKET ENTRY TEXT**

Detention hearing held. Government and defendant agree on certain conditions of release. Preliminary examination hearing is set for 03/17/08 at 9:00 a.m. Defendant ordered bond to the Norther District of Illinois. Oral motion by counsel Sergio Rodriguez for leave to withdraw his appearance is granted. Jayne A. Ingles given leave to file her appearance on behalf of defendant Jaime Anguiano.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | LXS |
|---|---|---|