U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

USA v. Anguiano

Case Number:

08 CR-00143-1

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Jaime Anguiano

FILED
2-25-08
FEB 2 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) | Jayne A. Ingles |
|---|---|
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Jayne G. Ingles |
| FIRM | Charles D. Ingles and Associates |
| STREET ADDRESS | 407 S. Dearborn, Suite 1675 |
| CITY/STATE/ZIP | Chicago, Illinois 60605 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6284477 | TELEPHONE NUMBER (773) 778-5870 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☒     APPOINTED COUNSEL ☐