FILED

APR 0 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 08 CR 143 |
| v. ) | |
| ) | Violation: Title 21, United States |
| JAIME ANGUIANO and ) | Code, Section 841(a)(1) |
| JULIO MONTES DE OCA ) | |

JUDGE AMY ST. EVE

MAGISTRATE JUDGE NOLAN

The SPECIAL FEBRUARY 2008-1 GRAND JURY charges:

On or about February 17, 2008, at Plainfield, in the Northern District of Illinois, Eastern Division,

JAIME ANGUIANO and
JULIO MONTES DE OCA,

defendants herein, did knowingly and intentionally possess with intent to distribute controlled substances, namely, in excess of 100 kilograms of mixtures containing marijuana, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY