08 GJ 198

NF

Minute Order Form (rev. 4/99)

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge If Other Than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 0143 | DATE | APRIL 1, 2008 |
| CASE TITLE | US v. JAIME ANGUIANO & JULIO MONTES DE OCA | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

**SPECIAL FEBRUARY 2008-1**

The Grand Jury for the _____ Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _____

**Docket Entry:**

NO BOND SET BY MAGISTRATE TO STAND AS BOND IN THIS INSTANCE AS TO JAIME ANGUIANO. NO BOND SET, DETAINED BY MAGISTRATE AS TO JULIO MONTES DE OCA.

JUDGE AMY ST. EVE

MAGISTRATE JUDGE NOLAN

FILED
APR 0 1 2008
NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                    UNDER SEAL)

| | | | Number of notices | DOCKET# |
|---|---|---|---|---|
| No notices required, advised in open court. | | | Date docketed | |
| No notices required. | | | Docketing | |
| Notices mailed by judge's staff. | | | dpty. initials | |
| Notified counsel by telephone. | | | Date mailed | |
| Docketing to mail notices | | | notice | |
| Mail AO 450 form. | | | Mailing | |
| Copy to judge/magistrate judge. | | | dpty. initials | |
| Courtroom Deputy Initials | | Date/time received in Central Clerk's office | | |