UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

UNITED STATES OF AMERICA
                                  Plaintiff,

v.                                                    Case No.: 1:08–cr–00143
                                                              Honorable Amy J. St. Eve
Jaime Anguiano, et al.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 7, 2008:

      MINUTE entry before Judge Honorable Amy J. St. Eve:as to Jaime Anguiano, ( Arraignment set for 4/10/2008 at 8:45 AM is stricken and reset to 4/18/2008 at 08:45 AM.) Mailed notice (tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.