## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | Sitting Judge if Other than Assigned Judge | Matthew F. Kennelly |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 143 | **DATE** | 4/30/2008 |
| **CASE TITLE** | USA vs. Jaime Anguaino | | |

**DOCKET ENTRY TEXT**

Nunc pro Tunc 4/17/2008: Unopposed motion for an extension of time to return indictment pursuant to 18 U.S.C. § 3161(h), is granted. Enter Order. It is ordered that the time within which to file an indictment against the defendants be extended from March 18, 2008 to and including April 1, 2008.

| | Courtroom Deputy Initials: | OR |
|---|---|---|