UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.: 08 CR 143 |
| | ) | |
| | ) | |
| JAIME ANGUIANO and | ) | Chief Judge James F. Holderman |
| JULIO MONTES DE OCA | ) | |

### ORDER

Upon the Government's Motion, under Title 18, United States Code, Section 3161(h)(8), for an extension of time in which to return an indictment in the above-captioned cause,

IT IS HEREBY ORDERED that the time within which to file an indictment against the defendants be extended from March 18, 2008 to and including April 1, 2008. Specifically, this Court finds that the ends of justice served by the extension outweigh the best interests of the public and the defendants in a speedy trial for the reasons set forth in the motion and the Attachment accompanying the motion.

ENTERED:

_____
JAMES F. HOLDERMAN
Acting Chief Judge

Dated: March 17, 2008