UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

UNITED STATES OF AMERICA
                              Plaintiff,
v.                                              Case No.: 1:08−cr−00143
                                                Honorable Amy J. St. Eve
Jaime Anguiano, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 15, 2008:

    MINUTE entry before Judge Honorable Amy J. St. Eve:as to Jaime Anguiano, Julio Montes De Oca, Status hearing held on 5/15/2008. Interpreter present in court. Defendant Jaime Anguiano's appearance is waived for today's hearing only. ( Pretrial motions due by 6/13/2008. Status hearing set for 6/23/2008 at 09:00 AM. Position on Bruton Issue due by or on 6/30/2008. Motions in limine regarding trial due by or on 8/22/2008. Government's Jury Instructions due by or on 8/22/2008. Defendant's objections and Counter/Instructions due by or on 8/29/2008. Jury Trial (3 days) set for 9/15/2008 at 09:15 AM. ),Pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. 3161 (h)(8)(B)(i)time is excluded in the interest of justice beginning 5/15/2008 to 6/23/2008. Mailed notice (tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.