## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                                Plaintiff,

v.                                                        Case No.: 1:08–cr–00143
                                                       Honorable Amy J. St. Eve

Jaime Anguiano, et al.

                                Defendant.


### NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, June 2, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve:as to Jaime Anguiano, Julio Montes De Oca, ( Jury Trial [3 days] set for 9/15/2008 is stricken and reset to 9/22/2008 at 09:15 AM. ) Mailed notice (tmh, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.