UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 08 CR 143 |
| | ) | |
| | ) | Hon. Amy St. Eve |
| JAIME ANGUIANO and | ) | |
| JULIO MONTES DE OCA | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Thursday, August 7, 2008, at 8:30 a.m. or as soon thereafter as counsel may be heard, I will appear before Judge Amy St. Eve in the courtroom usually occupied by her in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Room 1241, Chicago, Illinois, or before such other judge who may be sitting in her place and stead, and then and there present the **GOVERNMENT'S MOTION FOR EARLY RETURN OF TRIAL SUBPOENAS**, at which time and place you may appear if you see fit.

By:  /s/ J. Gregory Deis
J. GREGORY DEIS
Assistant United States Attorney
219 South Dearborn Street - 3rd Floor
Chicago, Illinois  60604
(312) 886-7625