UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 08 CR 143 |
| v. | ) | |
| | ) | Judge Amy J. St. Eve |
| ANGUIANO, ET AL. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### ATTORNEY DESIGNATION

Please take notice that Assistant United States Attorney Kruti Trivedi has been designated as an attorney in the above-named case on behalf of the United States.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: *s/ Kruti Trivedi*
    Kruti Trivedi
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-5323

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, L.R. 5.5 and the General Order on Electronic Case Filing (ECF), the foregoing:

## ATTORNEY DESIGNATION

was duly filed on August 18, 2008, pursuant to the district court's ECF system, and was also sent by first-class mail, to the following non-ECF filers:

Jayne Anne Ingles
Charles D. Ingles & Associates
407 South Dearborn - Suite 1675
Chicago, IL 60605

Michael A. Unger , Esq.
2802 West 26th Street
Chicago, IL 60623

By: *s/ Kruti Trivedi*
Kruti Trivedi
Assistant United States Attorney