UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
8-26-2008
AUG 2 6 2008
JUDGE AMY ST. EVE
United States District Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | )<br>)<br>) | |
| vs. | ) | NO.: 08 CR 00143-1 |
| JAIME ANGUIANO<br>Defendant | )<br>)<br>)<br>) | The Honorable<br>Amy J. St. Eve<br>Judge Presiding |

## MOTION TO SUBSTITUTE COUNSEL

Comes now Attorney L. Felipe Sánchez and moves this Honorable Court to allow the substitution of undersigned counsel for that of Attorney Jayne A. Ingles in the representation of Defendant Jaime Anguiano in the above-captioned matter.

_____
L. Felipe Sánchez

_____
Jayne A. Ingles

_____
L. Felipe Sánchez
Attorney at Law
4704 Indianapolis Blvd.
East Chicago, IN 46312
(219) 397-4000

_____
Jaime Anguiano