# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 143 - 1 | **DATE** | 8/26/2008 |
| **CASE TITLE** | United States vs. Jaime Anguiano | | |

**DOCKET ENTRY TEXT**

Status hearing held on 8/26/08 and continued to 10/1/08 at 8:45 a.m. Defendant's motion to substitute counsel is granted. Jayane Ingles is hereby terminated as counsel for defendant. L. Felipe Sanchez is given leave to file his appearance on behalf of defendant. Jury trial date of 9/22/08 is stricken. Pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. 3161 (h)(8)(B)(i) and (h)(1)(A) time is excluded in the interest of justice and pending competency evaluation beginning 8/26/08 to 10/1/08.

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | KF |
|---|---|---|

U.S. DISTRICT COURT
CLERK
2008 AUG 26 PM 1:58
FILED